

**IT IS SO ORDERED
AS MODIFIED**

*Judge Edward J. Davila*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JUAN ARELLANO-GARCIA, )<br>)<br>Defendant. )<br>_____ ) | No. CR-11-00310-EJD<br><br>**[PROPOSED] ORDER** CONTINUING HEARING TO NOVEMBER 21, 2011 at 1:30 p.m. |

　　　　Good cause appearing and by stipulation of the parties in the above-captioned matter, it is

hereby ordered that the hearing currently scheduled on October 3, 2011, is continued to

November 21, 2011, at 1:30 p.m., and further ordered that the period of delay from time from

October 3, 2011, through and including November 21, 2011, is excluded for purposes of Title

18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

SO ORDERED.

Dated: ___September 28___, 2011

_____
HONORABLE, EDWARD J. DAVILA,
United States District Judge